| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. S 06-467-EJG |
| v. | ) | |
| | ) | |
| RICHARD RAMIREZ, JR. | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
 (X) Ad Prosequendum                              ( ) Ad Testificandum

Name of Detainee:            RICHARD RAMIREZ, JR.
Detained at (custodian):    DEUEL VOCATIONAL INSTITUTION (DVI)
Detainee is:        a.)    (X) charged in this district by:   (X) Indictment   ( ) Information   ( ) Complaint
                                 charging detainee with: **Possession with Intent to Distribute Cocaine; Possession with Intent to Distribute Methamphetamine; Felon in Possession of Ammunition; Possession with Intent to Distribute Marijuana; Possession of a Firearm in Furtherance of a Drug Trafficking Crime; Felon in Possession of a Firearm and Ammunition**.
       or           b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ( ) return to the custody of detaining facility upon termination of proceedings
       or           b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on November 21, 2006, at 2:00 p.m. in the Eastern District of California.*

Signature:                        /s/ Kenneth J. Melikian
Printed Name & Phone No:   AUSA KENNETH J. MELIKIAN    (916)554-2700
Attorney of Record for:         United States of America

## WRIT OF HABEAS CORPUS
 (X) Ad Prosequendum                              ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on November 21, 2006 at 2:00 p.m.,* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: November 17, 2006.

_____    Dale A. Drozd    _____
United States Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):   _____           Male  X
Booking or CDC #:          F 34336                                                              DOB: **/**/1985
Facility Address:              23500 KASSON ROAD, TRACY, CA 95376              Race: Hispanic
                                                                                                                    FBI #:
Facility Phone:               (209) 835-4141
Currently Incarcerated For: _____

**RETURN OF SERVICE**

Executed on  _____     By: _____
                                                                 (Signature)