```
DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Defendant
```

FILED

DEC 19 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>RICHARD RAMIREZ, JR.<br><br>   Defendant | Case No.: 2:06 CR 00467 EJG<br><br>STIPULATION FOR SUBSTITUTION OF ATTORNEY AND ORDER |

TO: THE JUDGE OF THE ABOVE ENTITLED COURT, TO ASSISTANT UNITED STATES ATTORNEY KEN MELIKIAN, AND TO FEDERAL DEFENDER JEFF STANIELS:

  The Defendant, RICHARD RAMIREZ, by and through his present attorney, DANNY D. BRACE, JR., request permission from this court to allow his retained attorney, DANNY D. BRACE, JR., to replace the Office of the Federal Defender, JEFF STANIELS as his attorney of record in the above case, now set hearing on January 12, 2007 at 8:30 a.m.

             Respectfully submitted,

Date: 12-13-06          By:  /s/ Danny D. Brace, Jr.,
                 DANNY D. BRACE, JR.,
                 Attorney for Defendant

STIP AND ORDER FOR SUBSTITUTION OF ATTORNEY- 1

1
2   I request the above substitution

3   /s/ Richard Ramirez, Jr.
    RICHARD RAMIREZ, JR.
4

5   I accept the above substitution

6

7   /s/ Danny D. Brace, Jr.
    DANNY D. BRACE, JR.
8   Attorney at Law

9

10  I agree to the above substitution

11

12  /s/ Jeff Staniels
    JEFF STANIELS
13  Office of the Federal Defender

14

15

16

17              IT IS SO ORDERED:

18              _____
                HON. EDWARD J. GARCIA
19                                12/14/06

20

21

22

23

24

25

STIP AND ORDER FOR SUBSTITUTION OF ATTORNEY- 2