```
1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-467 EJG |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| RICHARD RAMIREZ, JR., ) | |
| Defendant. ) | |
| _____) | |

Defendant Richard Ramirez, Jr., through Danny D. Brace, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for March 2, 2007, be vacated.  The parties further stipulate that a status conference be placed on the court's March 30, 2007, calendar.

Defense counsel has examined the government's discovery, and is in the process of conducting his investigation.  For a variety of reasons, this case is relatively complex, and defense counsel needs more time to complete his investigation

For these reasons, the parties request that a status conference in this case be scheduled for March 30, 2007.  The parties further agree that time should be excluded through

1

1  March 30, 2007, from computation under the Speedy Trial Act
2  pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
3  to allow defense counsel to prepare his case.
4  DATED: February 28, 2007          Very truly yours,
5                                    McGREGOR W. SCOTT
                                     United States Attorney
6
7
                                  By:/s/ Kenneth J. Melikian
8                                    KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney
9
10 DATED: February 28, 2007          /s/ Kenneth J. Melikian
                                     DANNY D. BRACE
11                                   Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
12                                    per authorization by Danny D.
                                      Brace)
13
14
15     IT IS SO ORDERED.
16
17 DATED: March 1, 2007              /s/ Edward J. Garcia
                                     U. S. DISTRICT JUDGE
18

2