```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                     EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,     )  CR. NO. S-06-467 EJG
                                  )
12                  Plaintiff,    )
                                  )  STIPULATION; ORDER
13                                )
    RICHARD RAMIREZ, JR.,         )
14                                )
                    Defendant.    )
15  _____)
```

16      Defendant Richard Ramirez, Jr., through Danny D. Brace,
17 Attorney At Law, and the United States of America, through
18 Assistant U.S. Attorney Kenneth J. Melikian, agree that the status
19 conference scheduled for August 31, 2007, be vacated.  The parties
20 further stipulate that a status conference be placed on the
21 court's September 21, 2007, calendar.

22      Defense counsel and the government are in the final stages of
23 plea negotiations.  A few more weeks are needed so that the
24 parties can hopefully successfully conclude these negotiations.

25      For these reasons, the parties request that a status
26 conference in this case be scheduled for September 21, 2007.  The
27 parties further agree that time should be excluded through
28 September 21, 2007, from computation under the Speedy Trial Act

                                    1

1  pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
2  to allow defense counsel to prepare his case.
3  DATED: August 30, 2007              Very truly yours,
4                                      McGREGOR W. SCOTT
                                       United States Attorney
5
6
                                    By: /s/ Kenneth J. Melikian
7                                      KENNETH J. MELIKIAN
                                       Assistant U.S. Attorney
8
9  DATED: August 30, 2007              /s/ Kenneth J. Melikian
                                       DANNY D. BRACE
10                                     Attorney for Defendant
                                       (Signed by Kenneth J. Melikian
11                                      per authorization by Danny D.
                                        Brace)
12
13
14      IT IS SO ORDERED.
15
16 DATED: August 30, 2007              /s/ Edward J. Garcia_____
17                                     HONORABLE EDWARD J. GARCIA
                                        U.S. District Court Judge
18
19
20
21
22
23
24
25
26
27
28

2