McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-467 EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| ) | |
| RICHARD RAMIREZ, JR., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant Richard Ramirez, Jr., through Danny D. Brace, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for September 21, 2007, be vacated.  The parties further stipulate that a status conference be placed on the court's November 2, 2007, calendar.

Defense counsel and the government are still in the final stages of plea negotiations.  A few more weeks are needed so that the parties can hopefully successfully conclude these negotiations.

For these reasons, the parties request that a status conference in this case be scheduled for November 2, 2007.  The parties further agree that time should be excluded through

1 | November 2, 2007, from computation under the Speedy Trial Act
2 | pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
3 | to allow defense counsel to prepare his case.

DATED: September 20, 2007         Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney


                              By: /s/ Kenneth J. Melikian
                                  KENNETH J. MELIKIAN
                                  Assistant U.S. Attorney


DATED: September 20, 2007         /s/ Kenneth J. Melikian
                                  DANNY D. BRACE
                                  Attorney for Defendant
                                  (Signed by Kenneth J. Melikian
                                   per authorization by Danny D.
                                   Brace)



   IT IS SO ORDERED.


DATED: September 20, 2007         /s/ Edward J. Garcia
                                  HONORABLE EDWARD J. GARCIA
                                  U.S. District Court Judge

2