McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-467 EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| ) | |
| RICHARD RAMIREZ, JR., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant Richard Ramirez, Jr., through Danny D. Brace, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for November 2, 2007, be vacated.  The parties further stipulate that a status conference be placed on the court's December 14, 2007, calendar.

Defense counsel and the government are still in the final stages of plea negotiations.  These negotiations are taking longer than expected.  A few more weeks are needed so that the parties can hopefully successfully conclude these negotiations.

For these reasons, the parties request that a status conference in this case be scheduled for December 14, 2007.  The parties further agree that time should be excluded through

1

1 | December 14, 2007, from computation under the Speedy Trial Act
2 | pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
3 | to allow defense counsel to prepare his case.
4 | DATED: November 1, 2007          Respectfully submitted,
5 |                                   McGREGOR W. SCOTT
                                      United States Attorney
6 |
7 |
                                   By:/s/ Kenneth J. Melikian
8 |                                   KENNETH J. MELIKIAN
                                      Assistant U.S. Attorney
9 |
10 | DATED: November 1, 2007         /s/ Kenneth J. Melikian
                                      DANNY D. BRACE
11 |                                  Attorney for Defendant
                                      (Signed by Kenneth J. Melikian
12 |                                   per authorization by Danny D.
                                      Brace)
13 |
14 |
15 |    IT IS SO ORDERED.
16 |
17 | DATED: November 1, 2007         _/s/ Edward J. Garcia_____
                                      HONORABLE EDWARD J. GARCIA
18 |                                  U.S. District Court Judge

2