```
1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-467 EJG |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| RICHARD RAMIREZ, JR., ) | |
| Defendant. ) | |
| _____) | |

Defendant Richard Ramirez, Jr., through Danny D. Brace, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for December 14, 2007, be vacated.  The parties further stipulate that a status conference be placed on the court's January 25, 2008, calendar.

Defense counsel and the government are still trying to work out a plea agreement.  Unanticipated issues have caused the negotiations to take longer than expected.  A few more weeks are needed so that the parties can hopefully successfully conclude their negotiations.

For these reasons, the parties request that a status conference in this case be scheduled for January 25, 2008.  The

1 | parties further agree that time should be excluded through
2 | January 25, 2008, from computation under the Speedy Trial Act
3 | pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
4 | to allow defense counsel to prepare his case.

5 | DATED: December 13, 2007          Respectfully submitted,

6 |                                   McGREGOR W. SCOTT
7 |                                   United States Attorney

8 |
                                      By: /s/ Kenneth J. Melikian
9 |                                      KENNETH J. MELIKIAN
                                         Assistant U.S. Attorney
10 |

11 | DATED: December 13, 2007          /s/ Kenneth J. Melikian
                                       DANNY D. BRACE
12 |                                   Attorney for Defendant
                                       (Signed by Kenneth J. Melikian
13 |                                    per authorization by Danny D.
                                       Brace)
14 |
15 |
16 |     IT IS SO ORDERED.
17 |
18 | DATED: Dec. 13, 2007              /s/ Edward J. Garcia
19 |                                   HONORABLE EDWARD J. GARCIA
                                       U.S. District Court Judge
20 |