McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca. 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-467 EJG |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| RICHARD RAMIREZ, JR., ) | |
| Defendant. ) | |
| _____) | |

Defendant Richard Ramirez, Jr., through Danny D. Brace, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for January 25, 2008, be vacated. The parties further stipulate that a status conference be placed on the court's February 22, 2008, calendar.

Defense counsel and the government are still trying to work out a plea agreement. Unanticipated issues have caused the negotiations to take longer than expected. One last continuance is needed so that the parties can successfully conclude their negotiations.

For these reasons, the parties request that a status conference in this case be scheduled for February 22, 2008. The

1

parties further agree that time should be excluded through February 22, 2008, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to prepare his case.

DATED: January 24, 2008          Respectfully submitted,

                                       McGREGOR W. SCOTT
                                       United States Attorney


                                  By: /s/ Kenneth J. Melikian
                                       KENNETH J. MELIKIAN
                                       Assistant U.S. Attorney

DATED: January 24, 2008          /s/ Kenneth J. Melikian
                                       DANNY D. BRACE
                                       Attorney for Defendant
                                       (Signed by Kenneth J. Melikian
                                        per authorization by Danny D.
                                        Brace)


    IT IS SO ORDERED.


DATED: January 24, 2008          /s/ Edward J. Garcia
                                       HONORABLE EDWARD J. GARCIA
                                       U.S. District Court Judge