HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RICHARD RAMIREZ, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD RAMIREZ, JR.,<br><br>Defendant. | No. Cr. S 06-467 WBS<br><br>**SECOND AMENDED STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE– POTENTIAL RELEASE DATE, NOVEMBER 1, 2015<br><br>Judge: Honorable WILLIAM B. SHUBB |

Defendant, RICHARD RAMIREZ, JR., by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On June 27, 2008, this Court sentenced Mr. Ramirez to a term of 72 months on Count 2 and 60 months on Count 4 (violations of 21 U.S.C. § 841(a)(1)), to be served

concurrently, and 60 months on Count 5 (a violation of 18 U.S.C. § 924(c)(1)), to be served consecutively, for a total term of 132 months imprisonment;

3. His total offense level was 13, his criminal history category was III, and the resulting guideline range was 18 to 24 months. On Counts 2 and 4, he received a sentence above the high-end of the applicable range;

4. The sentencing range applicable to Mr. Ramirez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Ramirez' total offense level has been reduced from 13 to 12, and his amended guideline range is 15 to 21 months;[1]

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Ramirez' term of imprisonment to 60 months on Count 2 and 50 months on Count 4, to be served concurrently, and 60 months on Count 5, to be served consecutively, for a total term of 120 months. The parties agree that the requested sentence is fair and appropriate pursuant to 18 U.S.C. § 3553(a).

Respectfully submitted,

Dated: July 6, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: July 6, 2015

HEATHER E. WILLIAMS
Federal Defender

/s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
RICHARD RAMIREZ, JR.

---

[1] The stipulation filed May 21, 2015 (CR #41) mistakenly listed the amended total offense level as 11, and the amended guideline range as 12 to 18 months; however, because the amended base offense level is now 14 instead of 16, only 2 levels are subtracted under USSG § 3E1.1(b) for acceptance of responsibility instead of the original 3 levels.

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Ramirez is entitled to the benefit Amendment 782, which reduces the total offense level from 13 to 12, resulting in an amended guideline range of 15 to 21 months. A sentence above the high end of the range, comparable to the one received initially, is fair and reasonable pursuant to 18 U.S.C. § 3553(a).

IT IS HEREBY ORDERED that the term of imprisonment imposed in June 2008 is reduced to a term of 60 months on Count 2 and 50 months on Count 4, to be served concurrently, and 60 months on Count 5, to be served consecutively, for a total term of 120 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Ramirez shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  July 6, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE