AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:06-cr-00467-WBS   Document 53   Filed 07/09/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No:  2:06CR00467-01 WBS |
| RICHARD RAMIREZ, JR. ) | |
| ) | USM No:  16786-097 |
| Date of Original Judgment: 6/27/2008 ) | |
| Date of Previous Amended Judgment: ) | David Porter, Asst. Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  72 months on Ct. 2 / 60 months on Ct. 4 (to run concurrent to Ct. 2); / 60 months on Ct. 5, to run consecutive to Cts. 2 and 4, for a total term of 132  months **is reduced to**  60 months on Ct. 2 / 50 months on Ct. 4 (to run concurrent to Ct. 2); / 60 months on Ct. 5, to run consecutive to Cts. 2 and 4, for a total term of 120 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 07/2/2008 shall remain in effect.

**IT IS SO ORDERED.**

*Order Date:* July 9, 2015

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date:  11/1/2015    William B. Shubb, U.S. District Court Judge
*(if different from order date)*   *Printed name and title*